DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD GREGORY STEADMAN,**
Appellant,

v.

**SHELDON JASON BURNETT,**
Appellee.

No. 4D18-1355

[February 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE-18-003463 (18).

Claudia T. Pastorius, Melbourne, and Robyn L. Sztyndor, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***